UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA BEARD,

  Plaintiff,

-vs-                                      CASE NO.:  5:15-cv-00561-JSM-PRL

FORTIVA FINANCIAL, LLC
and ATLANTICUS HOLDINGS
CORPORATION,

  Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Melissa Beard, and the Defendants, Fortiva Financial, LLC and Atlanticus Holdings Corporation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendants in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 13th day of December, 2016.

| | |
|---|---|
| */s/Octavio Gomez, Esquire* | *s/Emily Y. Rottmann* |
| Octavio "Tav" Gomez, Esquire | R. Eric Bilik (FL Bar No. 987840) |
| Florida Bar #: 0338620 | ebilik@mcguirewoods.com |
| Morgan & Morgan, Tampa, P.A. | Emily Y. Rottmann (FL Bar No. 93154) |
| 201 North Franklin Street, 7th Floor | erottmann@mcguirewoods.com |
| Tampa, FL 33602 | Daniel M. Mahfood (FL Bar No. 94879) |
| Telephone: (813) 223-5505 | dmahfood@mcguirewoods.com |
| Facsimile:  (813) 223-5402 | 50 North Laura Street, Suite 3300 |
| tgomez@forthepeople.com | Jacksonville, Florida 32202 |
| amferrera@forthepeople.com | Tel: (904) 798-3200 / Fax: (904) 798-3207 |
| amoore2@forthepeople.com | Attorneys for Defendants |
| Attorney for Plaintiff | |